842 A.2d 368

**Michael A. KIT, Appellant**

v.

**Richard A. MITCHELL, Esq., and March, Hurwitz, Demarco & Mitchell, and Cramp, D'Iorio, McConchie & Forbes, Appellees.**

Supreme Court of Pennsylvania.

Argued April 10, 2002.

Decided Feb. 17, 2004.

J. Michael Farrell, Philadelphia, for Michael A. Kit.

Jane Ellen Lessner, David S. Rasner, Philadelphia, for Richard A. Mitchell, Esq.

Gary Alan Hurwitz, Media, for March, Hurwitz, Demarco & Mitchell, P.C. et al.

Before: ZAPPALA, C.J., and CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

## ORDER

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

Former Chief Justice ZAPPALA did not participate in the decision of this case.

Justice NIGRO files a dissenting statement.

Justice NIGRO dissenting.

I respectfully dissent from the Court's order to dismiss this case as improvidently granted as I believe that Appellant has raised meritorious issues that this Court should address.